# EXHIBIT A

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Maria Koutsoukos

)
)
)
)
)

v.

CASE Credit Union

Case No.: 1:18-cv-249

## BILL OF COSTS

Judgment having been entered in the above entitled action on  Nov. 5, 2019  against  Plaintiff, Maria Koutsoukos  ,
the Clerk is requested to tax the following as costs:
*Date*

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 104.25 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,523.55 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,000.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,690.00 |
| TOTAL    $ | 8,317.80 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service    ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    s/ Linda L. Ryan

Name of Attorney:  Linda L. Ryan

For:    CASE Credit Union    Date:  Nov. 19, 2019
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*    *Deputy Clerk*    *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Norman S. Miller, MD, 2760 E. Lansing Dr., Ste. 3, East Lansing, MI 48823 - fee for IME of Plaintiff | | 3,000.00 | | | | | $3,000.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $3,000.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARIA KOUTSOUKOS,

      Plaintiff,

                                 Case No. 1:18-cv-249

v.

                                 Hon. Robert J. Jonker

CASE Credit Union,               Magistrate Judge Phillip J. Green

      Defendant.

---

| | |
|---|---|
| Maria Koutsoukos | JACKSON LEWIS P.C. |
| Plaintiff *In Pro Per* | Marlo Johnson Roebuck (P65640) |
| PO Box 10008 | Linda L. Ryan (P67686) |
| Lansing, MI  48901 | Attorneys for Defendant |
| (517) 348-5122 | 2000 Town Center, Suite 1650 |
| | Southfield, MI  48075 |
| | (248) 936-1900 |
| | roebuckm@jacksonlewis.com |
| | linda.ryan@jacksonlewis.com |

---

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1924, I, Linda L. Ryan, hereby declare as follows:

1.    I am an authorized attorney for Defendant CASE Credit Union. ("Defendant") and have knowledge of the facts concerning the costs incurred by Defendant in defending this matter.

2.    I have carefully reviewed Defendant's Bill of Costs and verify that the items are correct, that the costs were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3.    I have attached an invoice showing the costs for the transcripts and depositions of Plaintiff Maria Koutsoukos in the amount of $1,523.55.  **(Exhibit 1.)**

4.    The deposition was used in support of Defendant's Motions for an Independent Medical Examination, to Compel Discovery, to Show Cause and for Summary Judgment (ECF Nos. #23, 29, 42, 47, and 65) or was necessarily obtained for preparation of the case.

5.    I have attached invoices showing the fees in the amount of $104.25 associated with copies made by Plaintiff's medical providers and current or former employers in response to subpoenas served by Defendant and that were used in support of Defendant's Motion for Summary Judgment.  (**Exhibit 2**.)

a.  I affirm that excerpts of the records produced by RCS used in support of Defendant's Motion for Summary Judgment.

6.    I have attached an invoice showing the costs incurred by the Independent Medical Examination of Plaintiff in the amount of $3,000.00. **(Exhibit 3.)**

a.  I affirm the medical examination was necessarily obtained for preparation of the case and was directly cited by Defendant in its Motion for Summary Judgment. (ECF No. 65).

7.    I have attached a calculation of the Petition of Costs in the amount of $3,690.00 previously submitted by  Defendant pursuant to this Court's April 18, 2019 Order granting Defendant's sanctions.  (ECF Nos. 44, 45). **(Exhibit 4.)**

8.    These costs were necessarily incurred in the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Authorized on November 19, 2019                    /s/ Linda L. Ryan
                                                                        Linda L. Ryan (P67686)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2019, she caused to be served by United States Postal Service the foregoing pleading to the following non-ECF participant:  Maria Koutsoukos, P.O. Box 10008, Lansing, MI  48901; and via e-Mail: mrktsks@yahoo.com.

/s/ Linda L. Ryan
Linda L. Ryan (P67686)