# EXHIBIT 1



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV1379669**

| | | | |
|---|---|---|---|
| **Date** | 12/17/2018 | **Client Number** | C19154 |
| **Terms** | Net 30 | **Esquire Office** | Troy |
| **Due Date** | 1/16/2019 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Jackson Lewis - Southfield
2000 Town Center
Suite 1650
Southfield MI 48075

**Services Provided For**

Jackson Lewis - Southfield
Ryan, Linda L
2000 Town Center
Suite 1650
Southfield MI 48075

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/29/2018 | J3184144 | Grand Rapids, MICHIGAN | MARIA KOUTSOUKOS V. CASE CREDIT UNION |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Maria J. Koutsoukos | 1 | 38.00 | 38.00 |
| APP FEE: ADDITIONAL HOURS | Maria J. Koutsoukos | 6 | 38.00 | 228.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Maria J. Koutsoukos | 1 | 67.50 | 67.50 |
| TRANSCRIPT - O&1-WI | Maria J. Koutsoukos | 308 | 3.15 | 970.20 |
| EXHIBITS W/ TABS | Maria J. Koutsoukos | 241 | 0.35 | 84.35 |
| CONDENSED TRANSCRIPT | Maria J. Koutsoukos | 1 | 30.00 | 30.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Maria J. Koutsoukos | 1 | 25.00 | 25.00 |
| PROCESSING & COMPLIANCE | Maria J. Koutsoukos | 1 | 45.00 | 45.00 |

OFFICE: DETROIT
APPROVED BY:
AMOUNT APPROVED: 1,523.55
DATE: 12/17/18
CLIENT MATTER TO BE CHARGED:
NAME: CASE CU Koutsoukos
** ACCOUNTING USE ONLY **
VENDOR #: 335001.428284
GL ACCT # 6451 Court Reporter Fees

EXISTING SPECIAL BILLING ARRANGEMENT
See approved

*Representing Client: Jackson Lewis - New York : Jackson Lewis - Southfield*

| | | |
|---|---|---|
| **Subtotal** | | 1,488.05 |
| **Shipping Cost (FedEx)** | | 35.50 |
| **Total** | | 1,523.55 |
| **Amount Due** | | $1,523.55 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Jackson Lewis - Southfield |
| **Client #** | C19154 |
| **Invoice #** | INV1379669 |
| **Invoice Date** | 12/17/2018 |
| **Due Date** | 1/16/2019 |
| **Amount Due** | $ 1,523.55 |