# EXHIBIT 2

# RECORD COPY SERVICES

LAUREL PARK PLACE - 200 WEST - 18136 LAUREL PARK DRIVE NORTH

LIVONIA MI 48152-3958 - 734.591.4100

PARA LEGAL SERVICES - PROFESSIONAL COPY CENTRE

17614 - 51673 - LT-PDF

**INVOICE NUMBER**

**B 28041**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY: LINDA L. RYAN, ESQ./MS. KIM VALLIE

SOLD TO: **JACKSON LEWIS P.C.**
2000 TOWN CENTER  S-1650
SOUTHFIELD MI 48075

*****PLEASE REMIT TO*****
RECORD COPY SERVICES
30 N LA SALLE ST S-1800
CHICAGO IL 60602-2592
******************************

TERMS NET 30 DAYS

FED. I.D. # 38-1798724

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 12/28/18 | 18 CV 249 | 428784 | N/A | 10298001<br>28041-17614 |

| TYPE OF RECORD OR DOCUMENT | CODE | AMOUNT |
|---|---|---|
| : MS. CAROLYN EHNIS, L.M.S.W., A.C.S.W.<br>C/O ENCOMPASS<br>GRAND RAPIDS, MI | SDACL | 104.25 |

NAME OF CASE : RE: MARIA KOUTSOUKOS
MARIA KOUTSOUKOS
VS. CASE CREDIT UNION

COMMENTS: EXISTING SPECIAL BILLING ARRANGEMENT

*See Ins. Guidelines*

OFFICE: *Detroit*
APPROVED BY: 
AMOUNT APPROVED: $104.25
DATE: 12/28/18
CLIENT MATTER TO BE CHARGED: # 335001. 428284
NAME: *Case Cu*
VENDOR #:
GL ACCT. #: 6355

| | TOTAL | 104.25 |
|---|---|---|

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SERVICE OF SUBPOENA
H. NON COMPLIANCE
L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS
N. NO RECORDS
O. OFFSET PRINTING
P. PHOTOGRAPHICS
Q. CANCELLED
R. SPECIAL REPRODUCTIONS
S. SUBPOENA FEE
T. TRANSPORTATION
X. X-RAY SERVICES