# EXHIBIT 3

# Norman S. Miller

*Medical Offices of Norman S. Miller, M.D., J.D., PLLC*
2760 East Lansing Drive, Ste 3
East Lansing, Michigan 48823
Phone (517) 507 0407
Fax (517) 803 4387
norman.miller@ht.msu.edu

March 12, 2019


Linda L Ryan
Attorney At Law
Jackson Lewis PC
61 Commerce Avenue
Grand Rapids, MI 49503
Linda.Ryan@jacksonlewis.com

Re: IME for Maria Koutsoukos


Dear Ms Ryan,


Please pay **$3000** for IME on Maria Koutsoukos. The amount is based on $300 per 10 hours per week.

Please make check out to me and send to the above address.

Thank you in advance for your prompt remittance.

I will submit report after receipt of payment.


Sincerely,

Norman S Miller MD JD PLLC
***Board Certification in Neurology, Psychiatry, Addiction Psychiatry, Forensic Psychiatry.***

| | |
|---|---|
| **From:** | Gurka, Sarah <sgurka@berkleyfinsecure.com> |
| **Sent:** | Thursday, March 14, 2019 10:52 AM |
| **To:** | Ryan, Linda L. (Grand Rapids); Dione Pena |
| **Cc:** | Roebuck, Marlo Johnson (Detroit) |
| **Subject:** | RE: Koutskous v. CASE CU (IME)Berkley Claim No. 107 05739-Status Update-PRIVILEGED & CONFIDENTIAL |

Hello,

Thank you.

I processed payment on the invoice today – the doctor should get the check no later than Monday.

As for the call with the mediator, I am not sure what the Insured's position is with regard to settlement, but the Insured's consent is needed before we can proceed.  I am planning to go out on maternity leave soon, but the file will be monitored in my absence.  Should you need settlement authority (assuming the Insured would consent to a settlement – I am not sure why they would, given the outrageous allegations), you may contact my manager, Megan Manogue at mmanogue@berkleyfinsecure.com.

Realizing we have to mediate per court order, is the plan still to try to get this case dismissed?

Thank you!

**Sarah Gurka, J.D.** | Senior Claims Specialist, Management Liability and Bond Claims
**BERKLEY FINSECURE® | a Berkley Company**
**BERKLEY CRIME® | a Berkley Company**
**Experts Focused On Your Protection. We Deliver.**

**Tel:** 609-895-6341 (Eastern Standard Time)
**Email:** sgurka@berkleyfinsecure.com
**Mailing Address:** 849 Fairmount Avenue, Suite 301, Towson, Maryland, 21286

**From:** Ryan, Linda L. (Grand Rapids) <Linda.Ryan@jacksonlewis.com>
**Sent:** Thursday, March 14, 2019 9:06 AM
**To:** Gurka, Sarah <sgurka@berkleyfinsecure.com>; Dione Pena <dpena@CASECU.org>
**Cc:** Roebuck, Marlo Johnson (Detroit) <Marlo.Roebuck@jacksonlewis.com>
**Subject:** [EXTERNAL] FW: Koutskous v. CASE CU (IME)Berkley Claim No. 107 05739-Status Update-PRIVILEGED & CONFIDENTIAL

Good morning:

Attached, please see the invoice from Dr. Miller, who conducted Plaintiff's IME. He will release the report upon payment of that invoice. Please advise how you would like to process payment.

We note that Plaintiff has not responded to our motion to show cause. She has, however, sent discovery requests. We have communicated these to Dione, and we intend to object to many of these requests to produce given the peripheral 'involvement' of some of these individuals. Sarah, I have attached the discovery requests for your records.

Finally, we have a conference call with the facilitative mediator on March 18, 2019. This will be a brief call in which we each will articulate our respective positions regarding the issues we believe are presented in the matter. We will also likely agree on dates by which a brief must be submitted and potential dates for facilitative mediation to take place.

Please let me know if you have any questions or concerns, as well as how you would like to process payment for the IME.

Thank you.


**Linda L. Ryan**
Attorney at Law
**Jackson Lewis P.C.**
61 Commerce Ave
Grand Rapids, MI 49503
Direct: (616) 940-0241 | Main: (616) 940-0230 | Mobile: (616) 822-3929
Linda.Ryan@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative*


-----Original Message-----
From: Norman Miller <Norman.Miller@hc.msu.edu>
Sent: Tuesday, March 12, 2019 4:07 PM
To: Ryan, Linda L. (Grand Rapids) <Linda.Ryan@jacksonlewis.com>
Subject: RE: Koutskous v. CASE CU (IME)

Hi Ms Ryan

Please find attached requested invoice for IME on Koutskous v Case CU

Thank you for prompt attention.

Sincerely,

Norman

Norman S Miller MD JD PLLC
Health Advocates PLLC
2760 East Lansing Drive
Ste 3
East Lansing, MI 48823
Tel 517 507 0407
Fax 517 803 4387
_____
From: Ryan, Linda L. (Grand Rapids) [Linda.Ryan@jacksonlewis.com]
Sent: Thursday, March 07, 2019 5:14 PM
To: Norman Miller
Cc: Roebuck, Marlo Johnson (Detroit)

Subject: Koutskous v. CASE CU (IME)

Dr. Miller:

Good afternoon. I was wondering if Maria Koutsoukos appeared for her IME on February 26, 2019. Also, if you have prepared an invoice, please send it to me and I will make sure that it is submitted.

Thank you,

Linda <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jacksonlewis.com_people_linda-2Dl-2Dryan&d=DwMFaQ&c=nE__W8dFE-shTxStwXtp0A&r=zowh79uZWPfxtYMgPaXVXEEtIdSseO42y6GfRAIASUk&m=0-vixU081kQJiO400x7BsAj-EitG-Q-StDtlnefl6dA&s=LgWTIusaf3I8qZnQGNW2ygdmW7zuxneNXbWmzJHMAAA&e=> L. <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jacksonlewis.com_people_linda-2Dl-2Dryan&d=DwMFaQ&c=nE__W8dFE-shTxStwXtp0A&r=zowh79uZWPfxtYMgPaXVXEEtIdSseO42y6GfRAIASUk&m=0-vixU081kQJiO400x7BsAj-EitG-Q-StDtlnefl6dA&s=LgWTIusaf3I8qZnQGNW2ygdmW7zuxneNXbWmzJHMAAA&e=> Ryan<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jacksonlewis.com_people_linda-2Dl-2Dryan&d=DwMFaQ&c=nE__W8dFE-shTxStwXtp0A&r=zowh79uZWPfxtYMgPaXVXEEtIdSseO42y6GfRAIASUk&m=0-vixU081kQJiO400x7BsAj-EitG-Q-StDtlnefl6dA&s=LgWTIusaf3I8qZnQGNW2ygdmW7zuxneNXbWmzJHMAAA&e=>

Attorney at Law

Jackson Lewis P.C.
61 Commerce Ave
Grand Rapids , MI 49503


Direct: (616) 940-0241<tel:(616)%20940-0241> | Main: (616) 940-0230 | Mobile: (616) 822-3929


Linda.Ryan@jacksonlewis.com<mailto:Linda.Ryan@jacksonlewis.com> | www.jacksonlewis.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jacksonlewis.com_&d=DwMFaQ&c=nE__W8dFE-shTxStwXtp0A&r=zowh79uZWPfxtYMgPaXVXEEtIdSseO42y6GfRAIASUk&m=0-vixU081kQJiO400x7BsAj-EitG-Q-StDtlnefl6dA&s=CBt-zB9KI6nrew0PWZIEdI2obR6NZbknn-6ZfwIimuA&e=>


Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can

arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.