# EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARIA KOUTSOUKOS,

     Plaintiff,                         Hon. Robert J. Jonker

v.                                  Case No. 1:18-cv-00249

CASE CREDIT UNION,

     Defendant.

_____/

## **<u>ORDER</u>**

This matter is before the Court on two motions: (1) defendant's motion to for and order to show cause why plaintiff should not be held in contempt, or otherwise sanctioned, for violating the Court's January 17, 2019, order (ECF No. 27) compelling discovery (ECF No. 28 ); and (2) plaintiff's motion to extend the discovery deadline (ECF No. 32). Plaintiff did not respond to defendant's motion; defendant opposes plaintiff's motion. (*See* ECF No. 42).

The Court conducted a hearing on both motions today. Plaintiff appeared in *pro per* and counsel appeared for defendant. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the Court rules as follows:

1. Defendant's motion for sanctions (ECF No. 28) is **GRANTED** to the extent that plaintiff is **ORDERED** to produce, within fourteen days of the date of

this order, all documents in response to document requests 3-39. **IT IS FURTHER ORDERED** that defendant shall, within fourteen days of this order, file a petition for reasonable costs in bringing its motion, and that plaintiff shall, within fourteen days of receipt of that petition, file a response. **Failure to timely respond will result in a waiver of all issues.** The motion is otherwise **DENIED**.

2. Plaintiff's motion for an extension of the discovery deadline (ECF No. 32) is **GRANTED** to the extent that she is permitted to take the deposition of Mr. Hunt no later than **April 30, 2019**. The dispositive motion deadline is hereby extended to **May 31, 2019**. The motion is otherwise **DENIED**.

**Plaintiff is warned that any future violations of the Court's orders or her discovery obligations may result in additional sanctions, including dismissal of her case.** *See* FED. R. CIV. P. 37(b)(2)(A).

     **IT IS SO ORDERED.**

Date: April 18, 2019              /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARIA KOUTSOUKOS,

       Plaintiff,

v.

CASE Credit Union,

       Defendant.

Case No. 1:18-cv-249

Hon. Robert J. Jonker
Magistrate Judge Phillip J. Green

| | |
|---|---|
| Maria Koutsoukos<br>Plaintiff *In Pro Per*<br>PO Box 10008<br>Lansing, MI 48901<br>(517) 348-5122 | JACKSON LEWIS P.C.<br>Marlo Johnson Roebuck (P65640)<br>Linda L. Ryan (P67686)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>roebuckm@jacksonlewis.com<br>linda.ryan@jacksonlewis.com |

**DEFENDANT, CASE CREDIT UNION'S
PETITION FOR REASONABLE COSTS**

Defendant, CASE Credit Union ("CASE CU" hereby submits its Petition for Reasonable Costs pursuant to this Court's April 18, 2019 Order. (Dkt. 44, PageID. 497.) On April 18, 2019, this Court heard oral argument on both CASE CU's Motion to Show Cause (Dkt. 29, PageID. 166.) and Plaintiff's Motion to Extend Discovery (Dkt. 32, PageID. 233.) Following the hearing on the Motion, the Court granted Plaintiff's motion in part, extending discovery for the sole purpose of permitting Plaintiff to depose one individual. (Dkt. 44, PageID 497.) The Court also granted CASE's Motion to Show Cause in part, ordering Plaintiff to produce all documents responsive to CASE CU's requests to produce 3-39, and ordering Defendant to submit its Petition for Reasonable Costs within 14 days. (Dkt. 44, PageID 497-98.)

1

Pursuant to this Court's Order, CASE CU hereby submits its petition for reasonable costs in the amount of $3,690.00. This request is supported by the declaration of the undersigned. (Ex. 1, Declaration.)

WHEREFORE, for those reasons set forth herein, as well as in CASE CU's Brief in Support of Motion to Show Cause (Dkt. 29, PageID. 168-179), CASE CU respectfully requests that this Court award CASE CU its costs and fees in the amount of $3,690.00 representing its costs in bringing its Motion to Show Cause and Brief in Support and in attending the hearing regarding same.

Respectfully Submitted,
JACKSON LEWIS P.C.

BY: /s/ Linda L. Ryan
Marlo Johnson Roebuck (P65640)
Linda L. Ryan (P67686)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
roebuckm@jacksonlewis.com
linda.ryan@jacksonlewis.com

Dated: May 2, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2019, she caused to be served by United States Postal Service the foregoing pleading to the following non-ECF participant: Maria Koutsoukos, P.O. Box 10008, Lansing, MI 48901.

/s/ Linda L. Ryan
Linda L. Ryan (P67686)

2

# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARIA KOUTSOUKOS,

               Plaintiff,

v.

CASE Credit Union,

               Defendant.

Case No. 1:18-cv-249

Hon. Robert J. Jonker
Magistrate Judge Phillip J. Green

---

| | |
|---|---|
| Maria Koutsoukos<br>Plaintiff *In Pro Per*<br>PO Box 10008<br>Lansing, MI 48901<br>(517) 348-5122 | JACKSON LEWIS P.C.<br>Marlo Johnson Roebuck (P65640)<br>Linda L. Ryan (P67686)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>roebuckm@jacksonlewis.com<br>linda.ryan@jacksonlewis.com |

---

## DECLARATION OF LINDA RYAN

Linda Ryan, under penalties of perjury and pursuant to 28 U.S.C. § 1746 states as follows:

1.      I am currently of counsel at the law firm of Jackson Lewis P.C. in Grand Rapids, Michigan, a national law firm that specializes in management-side labor and employment law.

2.      Defendant CASE Credit Union retained Jackson Lewis P.C., including Marlo Johnson Roebuck and me, to provide legal services on their behalf in connection with this case.

3.      Marlo Johnson Roebuck is a principal at the law firm of Jackson Lewis P.C. In 2015, Ms. Roebuck became the managing principal of the Detroit and Grand Rapids offices of Jackson Lewis P.C., a position she has held for over three years.

1

4. Ms. Roebuck is an attorney at law, licensed to practice in the State of Michigan since 2003. She has been licensed to practice law since 1998 in Illinois, and has extensive experience in labor and employment law matters. In addition, she has been ranked as a Michigan "Super Lawyer" from 2011-2019. She is admitted to practice in the state of Michigan, the United States Court of Appeals for the Sixth Circuit, as well as the United States District Courts for the Eastern and Western District of Michigan.

5. I am an attorney at law, licensed to practice in the State of Michigan. I have practiced employment law since 2004 and have extensive experience in employment law matters. I represent primarily employers in both administrative and litigation venues, including but not limited to the courts of the state of Michigan and the United States Court of Appeals for the Sixth Circuit, as well as the United States District Courts for the Eastern and Western District of Michigan.

6. The questions involved in this case have been difficult and/or novel, requiring great skill to perform the legal services properly because Plaintiff alleged 19 separate causes of action, yet has not complied with discovery. As a result, this Court ordered Plaintiff to pay fees and costs attributable to Defendant's Motion to Show Cause Why Plaintiff Should Not Be Held In Contempt. (ECF No. 44, PageID. 497-498.)

7. The time entries are prepared by attorneys as work is performed. The time entries are then captured in prebills which are reviewed by the attorneys, and once reviewed and approved as accurate, the prebills are converted into invoices which are then billed. Time entries, prebills, and invoices are kept in the course of regularly conducted activity of Jackson

2

Lewis, P.C. The amount sought below is supported by the invoices, redacted versions of which can be provided to the Court upon request.[1]

8.  Jackson Lewis P.C., including Ms. Roebuck and myself, expended reasonable effort and time on behalf of our client in filing the Motion to Show Cause and Brief in Support as follows:

| Motion to Show Cause Why Plaintiff Should Not Be Held In Contempt, including attending hearing on same | Preparation of Motion | Attendance at Hearing |
|---|---|---|
| **Reasonable Value of Legal Services Expended** | $3,360.00 | $330.00 |
| **Total Costs of Legal Services Rendered** | | $3,690.00 |

9.  I am familiar with what type of legal services must be provided and are reasonably necessary in a case such as this one. It is my opinion that all of the services performed and all of the time expended by Jackson Lewis P.C., including Attorney Roebuck and myself, were both reasonable and necessary.

10.  Jackson Lewis P.C.'s fee agreement with Defendant states that legal fees are hourly. These rates were in effect at the time that the Motion was drafted, revised, and argued, Attorney Roebuck had a discounted hourly rate of $300 per hour as did I. We also utilized a paralegal, Kimberly Vallie, as appropriate, and her hourly rate was $195 per hour.

11.  I am familiar with the hourly rates charged by similarly experienced attorneys in the area in litigation matters of similar scope and complexity. It is my opinion that this hourly rate was more than reasonable for attorneys of our skill, training, experience and reputation in this jurisdiction, and relative to the claims asserted.

---

[1] Redactions would be made to remove any content not subject to disclosure pursuant to the attorney client privilege or attorney work product doctrine.

3

12.     The fee customarily charged by a Southfield and Grand Rapids, Michigan law firms ranges from $210 to $550 and from $220 to $550.  (See State Bar of Michigan, The 2017 Economics of Law Practice in Michigan p 8-10, available at https://www.michbar.org/file/pmrc/articles/0000153.pdf.

Executed on:

_____
**DATE**                            _____
                                    **LINDA L. RYAN**